UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNY L. WILLIAMS, JR.,

    Plaintiff,

v.                                            Case No. 3:22cv9570-LC-HTC

PARROT, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on May 19, 2023 (ECF No. 70), recommending dismissal of Plaintiff's claims against Defendants Evans, Harris, and Permenter under Fed. R. Civ. P. 4(m). Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (ECF No. 70) is adopted and incorporated by reference in this order.

2.     Plaintiff's claims against Defendants Evans, Harris, and Permenter are DISMISSED.

**DONE AND ORDERED** this 22nd day of June, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**
