UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNY L. WILLIAMS, JR.,

      Plaintiff,

v.                                  Case No. 3:22cv9570-LC-HTC

PARROTT, et al.,

      Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on September 21, 2023 (ECF No. 102), recommending Defendants' motion for summary judgment be denied. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 102) is adopted and incorporated by reference in this order.

2.    Defendants' motion for summary judgment (ECF No. 93) is DENIED.

3.     This case is referred to the assigned magistrate judge for further pretrial proceedings on Plaintiff's individual capacity Eighth Amendment excessive force and failure to intervene claims against Defendants Parrott, Carr, and Alligood.

**DONE AND ORDERED** this 26th day of October, 2023.



s/*L. A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**