## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

JOHNNY L. WILLIAMS, JR.,

      Plaintiff,

                                CASE NO.: 3:22-cv-09570-LC-HTC

v.

PARROTT, et, al

      Defendants.

## LIMITED NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, Lonnie D. Story, Esq., of the Story Law Firm, LLC, hereby makes this limited appearance for mediation purposes only for Plaintiff, JOHNNY L. WILLIAMS, JR., and requests that service of all pleadings and other papers be made upon Lonnie D. Story, Esq., as counsel of record at Story Law Firm, LLC, 732 N. Halifax Avenue, #301, Daytona Beach, Florida 32118. Please direct all ECF notices to Attorney Story.

                                     RESPECTFULLY SUBMITTED,

Dated November 28, 2023.

                            ___/s/ *Lonnie D. Story*_____

Electronically Signed

                            Lonnie D. Story, Esquire
                            STORY LAW FIRM, LLC
                            Florida Bar #1037803
                            732 N. Halifax Avenue, #301
                            Daytona Beach, Florida 32118
                            (386) 492-5540
                            lstorylaw@gmail.com
                            Attorney for Plaintiff